UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEVEN W. SCHNITTKER, ) | |
|     *Plaintiff*, ) | |
| ) | |
|     *vs*. ) | 1:12-cv-01694-JMS-MJD |
| ) | |
| CAROLYN W. COLVIN, *Acting Commissioner* ) | |
| *of Social Security Administration*, ) | |
|     *Defendant*. ) | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's concurrently issued Entry Reviewing the Commissioner's Decision, the Court now enters **FINAL JUDGMENT** in favor of Plaintiff and against Defendant, **VACATES** the Commissioner's decision denying Plaintiff's application for benefits, and **REMANDS** this matter back to the Commissioner for further proceedings pursuant to 42 U.S.C. § 405(g) (sentence four).

09/27/2013

*[signature]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____*[signature]*_____

Deputy Clerk, U.S. District Court

- 1 -

**Distribution via ECF only:**

Patrick Harold Mulvany
patrick@mulvanylaw.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov